IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUSSELL JUDD, | No. C 10-02883 JW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff, a prisoner at the Federal Correctional Institution in Texarkana, Texas, has filed a 42 U.S.C. § 1983 civil complaint against prison officials for allegedly denying him access to the federal courts. In the same action, plaintiff filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, (Docket No. 14), and a petition under 28 U.S.C. § 2254, (Docket No. 15). A substantial part of the events or omissions giving rise to the § 1983 claims occurred, and it appears that the intended defendants reside, in Bowie County, which lies within the venue of the United States District Court for the Eastern District of Texas, Texarkana Division. See 28 U.S.C. § 124(c)(5). Venue therefore properly lies in the Texarkana Division of the Eastern District of Texas. See id. § 1391(b).

///

Order of Transfer
P:\PRO-SE\SJ.JW\CR.10\Judd02883_transfer.wpd

Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Texarkana Division of the Eastern District of Texas, Texarkana Division. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b). In light of this transfer, this Court will defer to the Eastern District of Texas for a ruling on plaintiff's pending motions. (Docket Nos. 3, 4, 5, 6, 7, 10, 11, 12 & 13.)

The clerk shall transfer this matter and terminate all pending motions.

DATED: December 6, 2010

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEITH R. JUDD,

        Plaintiff,

  v.

USA, et al.,

        Defendants.

Case Number: CV10-02883 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/9/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Russell Judd #11593-051
TEXARKANA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 7000
TEXARKANA, TX 75505

Dated: 12/9/2010

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk